SEALED   FILED

FEB 1 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

1  BENJAMIN W. WAGNER
   United States Attorney
2  IAN GARRIQUES
   SUSAN PHAN
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10 MJ 00039 SMS |
| Plaintiff, | ) | |
| v. | ) | APPLICATION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANTS |
| OSCAR DAVID VASQUEZ, | ) | |
| Defendants. | ) | |

The United States of America hereby applies for an order permitting it to file the complaint and arrest warrants in the above-captioned proceedings under seal until further order of the Court.

DATED: February 18, 2010          Respectfully submitted,

                                  BENJAMIN W. WAGNER
                                  United States Attorney

                                  By: /s/ Susan Phan
                                     IAN GARRIQUES
                                     SUSAN PHAN
                                     Assistant U.S. Attorneys

```
 1  BENJAMIN W. WAGNER
    United States Attorney
 2  IAN GARRIQUES
    SUSAN PHAN
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California 93721
 5  Telephone: (559) 497-4000
 6
 7                IN THE UNITED STATES DISTRICT COURT FOR THE
 8                       EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )
12                               )
                 Plaintiff,      )
13                               )   APPLICATION AND ORDER TO
            v.                   )   SEAL COMPLAINT AND ARREST
14                               )   WARRANTS
    OSCAR DAVID VASQUEZ,         )
15                               )
                 Defendants.     )
16                               )
17  _____
18
19
20
21
22
            IT IS SO ORDERED.
23
24                                   _____
    DATED: February 18, 2010
25                                   SANDRA M. SNYDER
                                     United States Magistrate Judge
26
27
28

                                    2
```