```
1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   SUSAN PHAN
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, CA 93721
5  (559) 497-4000
```



FILED
FEB 23 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-MJ-00039 SMS |
| Plaintiff, | MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT |
| v. | |
| OSCAR DAVID VASQUEZ, | |
| Defendant. | |

The United States of America hereby applies to this Court for an order unsealing the complaint and supporting affidavit in this case previously sealed by the Court on February 18, 2010. Due to defendant's subsequent arrest, the complaint and affidavit no longer need to remain sealed.

Accordingly, the United States requests that the complaint and supporting affidavit be unsealed and made public record.

DATED: February 23, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                            By:   /s/Susan Phan
                                  IAN L. GARRIQUES
                                  SUSAN PHAN
                                  Assistant U.S. Attorneys

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:10-MJ-00039 SMS |
| Plaintiff, | ) |
| v. | ) ORDER TO UNSEAL COMPLAINT AND AFFIDAVIT |
| OSCAR DAVID VASQUEZ, | ) |
| Defendant. | ) |

The complaint and supporting affidavit in this case having been sealed by order of this Court on February 18, 2010, and it appearing that such complaint and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the complaint and supporting affidavit be unsealed and made public record.

DATED: 2/23/10

UNITED STATES MAGISTRATE JUDGE

2